UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*
*Karen L. Litkovitz*
*1/25/19*

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| | CASE NO. 1:19-po-00015 |
| v. | |
| | MOTION TO DISMISS |
| SY NIANG, Defendant. | |

The United States moves to dismiss the above-captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/ Timothy A. Landry*
TIMOTHY A. LANDRY
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Timothy.Landry@usdoj.gov